# TRUEGREEN ELECTRONICS INC.
3F, No. 5, Lane 118, Shiuming Road, Sec. 2,
Taipei, Taiwan, R.O.C.
TEL: 886-2-29379263    FAX: 886-2-29377254
email: wcirenechan@gmail.com

## PROFORMA INVOICE

Messrs.  EARTHWISE TECHNOLOGIES, INC.              Dated: September 14, 2009
         18324 Cook Road, Yelm                    P/I No. 091409-01
         WA. 98597, U.S.A.
         ATTN: MR. BRUCE SEARLE       TEL: 360-2522659

We are pleased to confirm the following goods sold you on the term as below:
Invoice of    21,760 Units of Various Heaters.
Shipped by TRUEGREEN ELECTRONICS INC.
Sailing on/about as per our shipping schedule
Payment:   By T/T 30% at time of order, 40% at time of shipment
           balance 30%, 35 days from time of shipment.

| ITEM NO. | DESCRIPTION | Q-TY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | QUARTZ INFRARED HEATER | unit | Deliver to Tacoma | |
| CZI-1500PA | 1500W PLASTIC BLACK HEATER with Digital numbers display and 3 Cherry trims front black panel. Including Air filtration system. | 16,000 | US$168.00 | US$2,688,000.00 |
| CZI-1500WTA CZI-1500WCA CZI-1500WOA | 1500W TUSCAN (or CHERRY or OAK) WOOD HEATER with Digital numbers display and Tuscan (or Cherry or OAK) front panel with black middle trim. Including Air filtration system. | 5,760 21,760 | US$180.00 | US$1,036,800.00 US$3,724,800.00 |

SAY TOTAL AMOUNT U S DOLLARS THREE MILLION SEVEN HUNDRED TWENTY FOUR THOUSAND AND EIGHT HUNDRED ONLY.

PACKING:  1 unit/foam packaging/box
          the min. quantity is for 20,000 units
          over 90 days.

REMARKS:  Price includes ocean freight, port
          handling charge, duty and customs.

BANK DETAIL:
THE SHANGHAI COMMERCIAL & SAVINGS BANK, LTD.
SWIFT CODE: SCSBTWTP027
Account Name: TRUEGREEN ELECTRONICS INC.
Account No. 27-108-00-0283386

confirmed & accepted by
EARTHWISE TECHNOLOGIES, INC.          TRUEGREEN ELECTRONICS INC.

**Please fax back this sheet with your signature as soon as possible in order to confirm this order. Thank you in advance.**

EXHIBIT

# Exhibit 1

**TRUEGREEN ELECTRONICS INC.**
3F-2, No.5, Lane 118, Sec.2, Siouming Rd., Taipei 116, Taiwan, R.O.C
TEL : 886-2-29379263 FAX : 886-2-29377249
E-Mail : wcirenechan@gmail.com

**ORDER ARRANGEMENT FOR 2009/2010 OF NEW PORTABLE HEATER**

10/22/2009

| ORDER DATE | CTR of P | CTR of W | QTY of P | QTY of W | 30% DOWN | 40% PAYMENT | 30% FINAL | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 9/21/2009 | 2 | 0 | 1,600 | 0 | USD 80,640 | | | USD 80,640 |
| 9/21/2009 | 2 | 1 | 1,600 | 720 | USD 119,520 | | | USD 119,520 |
| 9/28/2009 | 2 | 2 | 1,600 | 1440 | USD 158,400 | | | USD 158,400 |
| 10/5/2009 | 3 | 1 | 2,400 | 720 | USD 159,840 | | | USD 159,840 |
| 10/12/2009 | 3 | 1 | 2,400 | 720 | USD 159,840 | | | USD 159,840 |
| 10/19/2009 | 3 | 1 | 2,400 | 720 | USD 159,840 | | | USD 159,840 |
| 10/26/2009 | 3 | 1 | 2,400 | 720 | USD 159,840 | | | USD 159,840 |
| 11/2/2009 | 2 | 1 | 1,600 | 720 | USD 119,520 | USD 107,520 | | USD 227,040 |
| 11/9/2009 | | | | | | USD 159,360 | | USD 159,360 |
| 11/16/2009 | | | | | | USD 211,200 | | USD 211,200 |
| 11/23/2009 | | | | | | USD 213,120 | | USD 213,120 |
| 11/30/2009 | | | | | | USD 213,120 | | USD 213,120 |
| 12/7/2009 | | | | | | USD 213,120 | USD 80,640 | USD 293,760 |
| 12/14/2009 | | | | | | USD 213,120 | USD 119,520 | USD 332,640 |
| 12/21/2009 | | | | | | USD 159,360 | USD 158,400 | USD 317,760 |
| 12/28/2009 | | | | | | | USD 159,840 | USD 159,840 |
| 1/4/2010 | | | | | | | USD 159,840 | USD 159,840 |
| 1/11/2010 | | | | | | | USD 159,840 | USD 159,840 |
| 1/18/2010 | | | | | | | USD 159,840 | USD 159,840 |
| 1/25/2010 | | | | | | | USD 119,520 | USD 119,520 |
| TOTAL | 20 | 8 | 16,000 | 5,760 | ######## | USD 1,489,920 | USD 1,117,440 | USD 3,724,800 |
| | | | | | | | USD 3,724,800 | |

**Exhibit 2**

4:24 PM
10/27/09

**Earthwise Technologies Inc.**
**Vendor QuickReport**
September 1 through October 27, 2009

**Truegreen Electronics**

| Type | Date | Num | Memo | Split | Amount |
|---|---|---|---|---|---|
| Check | 09/08/2009 | WIRE | Pre-Payment for New Product | 1302 · 09/10 - Infrared Heaters | -681,000.00 |
| Check | 09/18/2009 | WIRE | Pre-Payment for New Product | 1302 · 09/10 - Infrared Heaters | -8,000.00 |
| Check | 10/06/2009 | Wire | Pre-Payment for New Product | 1302 · 09/10 - Infrared Heaters | -28,000.00 |
| Check | 10/13/2009 | Wire | Pre-Payment for New Product | 1302 · 09/10 - Infrared Heaters | -115,776.00 |
| Check | 10/19/2009 | WIRE | Pre-Payment for New Product | 1302 · 09/10 - Infrared Heaters | -115,776.00 |
| Check | 10/27/2009 | WIRE | Pre-Payment for New Product | 1302 · 09/10 - Infrared Heaters | -192,576.00 |
| | | | | | -1,141,128.00 |

# Exhibit 3

4

# WELL ELECTRONICS CO., LTD.

33F No. 293, Wen Hua Road, Sec. 2, Pan Chiao City
Taipei Hsien, Taiwan, R.O.C.
TEL: 886-2-22508855    FAX: 886-2-22508833  22508877
email: irene@well.com.tw    website: www.well.com.tw

## PROFORMA INVOICE

Messrs.  EARTHWISE ELECTRONICS INC.            Dated: December 5, 2008
3F.-2, No.5, Lane 118, Sec. 2,                 P/I No. 120508-01A
Xiuming Rd., Wenshan District,
Taipei City 116, Taiwan (R.O.C.)
ATTN: MR. BRUCE SEARLE

We are pleased to confirm the following goods sold you on the term as below:
Invoice of    19,210 units of Various Heaters.
Shipped by WELL ELECTRONICS CO., LTD.
Sailing on/about start from the 1st week of January 2009
Payment: By T/T 20 days after receive the shipment.

| ITEM NO. | DESCRIPTION | Q-TY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | **QUARTZ INFRARED HEATER** | unit | FOB VIETNAM | |
| CZ-1000P | 1000W PLASTIC BLACK HEATER with Digital numbers display and Cherrywood 3 trims (top, middle and lower) and with black back panel. | 490 | US$89.00 | US$43,610.00 |
| CZ-1000WT | 1000W TUSCAN WOOD HEATER with Digital numbers display, Cherry front panel with black trim, and with black back panel. | 431 | US$104.00 | US$44,824.00 |
| CZ-1500P | 1500W PLASTIC BLACK HEATER with Digital numbers display and Cherrywood 3 trims (top, middle and lower) and with black back panel. | 9,466 | US$106.00 | US$1,003,396.00 |
| CZ-1500WT | 1500W TUSCAN WOOD HEATER with Digital numbers display, Cherry front panel with black trim, and with black back panel. | 5,890 | US$131.50 | US$774,535.00 |
| CZ-1500WC | 1500W CHERRY WOOD HEATER with Digital numbers display, Cherry front panel with black trim, and with black back panel. | 843 | US$130.50 | US$110,011.50 |
| CZ-1500WO | 1500W LIGHT OAK WOOD HEATER with Digital numbers display, Cherry front panel with black trim, and with black back panel. | 2,090 19,210 vvvvvv | US$130.50 | US$272,745.00 US$2,249,121.50 vvvvvvvvvvvv |

SAY TOTAL AMOUNT U S DOLLARS FOUR MILLION THREE HUNDRED
FIFTEEN THOUSAND NINE HUNDRED FORTY FIVE AND CENTS FIFTY ONLY.

BANK DETAIL:
MEGA INTERNATIONAL COMMERCIAL BANK CO., LTD.
South Pan Chiao Branch
SWIFT CODE: ICBCTWTP027
148, Nan Yah S. Road, Sec. 2, Pan Chiao City, Taipei County, Tawan, R.O.C.
Account Name: WELL INTERNATIONAL CO. LTD.
Account No. 027-57-26653-9

confirmed & accepted by
EARTHWISE ELECTRONICS, INC.                    WELL ELECTRONICS CO., LTD.

**Exhibit 4**

2:36 PM
11/16/09

**Earthwise Technologies Inc.**
**Vendor QuickReport**
January 1 through November 16, 2009

True Green Electronics

| Type | Date | Num | Memo | Account | Split | Amount |
|---|---|---|---|---|---|---:|
| Check | 09/11/2009 | WIRE | | Pre 1020 · Key Bank Checking | 1302 · 09/10 - Infrared Heaters | -681,000.00 |
| Check | 09/18/2009 | WIRE | | Pre 1020 · Key Bank Checking | 1302 · 09/10 - Infrared Heaters | -8,000.00 |
| Check | 10/06/2009 | Wire | | 1020 · Key Bank Checking | 1302 · 09/10 - Infrared Heaters | -28,000.00 |
| Check | 10/13/2009 | Wire | | 1020 · Key Bank Checking | 1302 · 09/10 - Infrared Heaters | -115,776.00 |
| Check | 10/19/2009 | WIRE | | 1020 · Key Bank Checking | 1302 · 09/10 - Infrared Heaters | -115,776.00 |
| Check | 10/27/2009 | WIRE | | 1020 · Key Bank Checking | 1302 · 09/10 - Infrared Heaters | -192,576.00 |
| Check | 11/02/2009 | WIRE | | 1020 · Key Bank Checking | 1302 · 09/10 - Infrared Heaters | -202,944.00 |
| Check | 11/05/2009 | WIRE | | 1020 · Key Bank Checking | 1302 · 09/10 - Infrared Heaters | -24,096.00 |
| Check | 11/09/2009 | WIRE | | 1020 · Key Bank Checking | 1302 · 09/10 - Infrared Heaters | -159,360.00 |
| Check | 11/16/2009 | WIRE | | 1020 · Key Bank Checking | 1302 · 09/10 - Infrared Heaters | -211,200.00 |
| | | | | | | -1,738,728.00 |

**Exhibit 5**