**EXHIBIT F**

MINUTES OF THE ANNUAL MEETING
OF THE BOARD OF DIRECTORS
OF
Earthwise Technologies, Inc

The annual meeting of the Board of Directors of **Earthwise Technologies, Inc**, a Delaware corporation, was held on the 31st day of October 2007, at PM. at 18324 Cook Rd. SE Suite#5 Yelm, WA 98576. Such meeting was duly noticed and a quorum was present at such meeting to conduct the business of the Directors.

The business matters of the corporation were reviewed by the Directors. Following discussion, the Directors took the following action to approve and ratify the actions of the officers of the corporation over the preceding year:

**RESOLVED**, that those actions taken by the officers of the corporation in good faith and in a manner reasonably believed by them, or not opposed to, the best interests of the corporation, during the period since the date of the last preceding general ratification resolution of the officer's actions, be, and the same hereby are ratified, confirmed, and approved in all respects.

Discussion then ensued concerning the election of the officers of the corporation. Upon nomination duly made, seconded, and unanimously carried, the directors adopted the following resolutions concerning election of directors:

**RESOLVED**, that the following individuals shall be elected to serve as officers of the corporation, and to hold office in such capacity until their successors are duly elected and qualified:

Officers:

Chief Executive Officer: Bruce R. Searle

President, Chief Operating Officer: James H. Wood

Secretary: Brook C. Foster

Treasurer: Dianne L. Mc Carthy

**RESOLVED**, EWT will establish a network of account executives (contractors) to act as an interface between the corporation(EWT) and an undefined number of dealers. These account executives will be paid a commission on sales generated by their dealers. This commission will be reviewed quarterly by the Corporate Officers and adjusted as required.

There being no further business to be addressed by the Directors, the meeting was adjourned.

The undersigned Secretary of the corporation hereby attests that the above actions were taken by the directors of the corporation at a duly constituted annual meeting of the corporation at which a quorum was present as provided in the corporation's Bylaws.

SECRETARY:

Brook C. foster

Earthwise 03077

MINUTES OF THE ANNUAL MEETING
OF THE BOARD OF DIRECTORS
OF
**Earthwise Technologies, Inc**

The annual meeting of the Board of Directors of Earthwise Technologies, Inc, a Delaware corporation, was held on the 4 day of September, 2009, at 18324 Cook Rd, SE Boardroom, Yelm, WA 98597. Such meeting was duly noticed and a quorum was present at such meeting to conduct the business of the Directors.

The business matters of the corporation were reviewed by the Directors. Following discussion, the Directors took the following action to approve and ratify the actions of the officers of the corporation over the preceding year:

**RESOLVED**, that those actions taken by the officers of the corporation in good faith and in a manner reasonably believed by them, or not opposed to, the best interests of the corporation, during the period since the date of the last preceding general ratification resolution of the officer's actions, be, and the same hereby are ratified, confirmed, and approved in all respects.

Discussion then ensued concerning the election of the officers of the corporation. Upon nomination duly made, seconded, and unanimously carried, the directors adopted the following resolutions concerning election of directors:

**RESOLVED**, that the following individuals shall be elected to serve as officers of the corporation, and to hold office in such capacity until their successors are duly elected and qualified:

Officers:
President: James H. Wood
Secretary, Vice Pres of Operations: Brook C. Foster
Treasurer, Chief Financial Officer: Anita J. Gamba

**RESOLVED**, that Dianne L. McCarthy will be resigned as Treasurer of EWT, and will be replaced by Anita J. Gamba.

| | |
|---|---|
| Further resolved that | : Paul R. Searle will receive 5% (75 shares) in EWT. |
| Also, resolved that: | :Anita J. Gamba will receive 5% (75 shares) in EWT. |
| And | :Brook C. Foster will receive an additional 3% bringing him up to 9% (135 shares) |

There being no further business to be addressed by the Directors, the meeting was adjourned.

The undersigned Secretary of the corporation hereby attests that the above actions were taken by the directors of the corporation at a duly constituted annual meeting of the corporation at which a quorum was present as provided in the corporation's Bylaws.

Page 1 of 1                                                                                                 4-17
Earthwise 03081

SECRETARY:

_____

# EarthWise Technologies, Inc.

## Roster of Shareholders: Effective 4th September 2009

Bruce Searle
17031 173 Ln SE
Rainier, WA 98576
765 Shares (51%)

James Wood
7207 120th ST Court NW
Gig Harbor, WA 98332
450 Shares (30%)

Brook Foster
148th Ave SE,
Yelm, WA 98597

Paul Searle
18324 Cook Rd SE Unit #1
Yelm, WA 98597
75 Shares (5%)

Anita Gamba
9139 Burnett Rd SE,
Yelm, WA 98597
75 Shares (5%)

**Exhibit A**

Earthwise 03083

**EXHIBIT G**

Earthwise Technologies Inc.
True Green Technologies History

| Type | Date | Num | Ship Date | Amount | 50% Down Payment Rcv'd Date | Amount | Balance Due Date | Payments Applied Date | Amount | Balance Outstanding | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Previous Balance | 09/30/2009 | | | | | | | | | $ 913,291 | $ 913,291 |
| Invoice | 10/03/2009 | 09-11002-04 | | 116,120 | 10/13/2009 | 55,000 | | 11/6/2009 | 61,120 | - | $ 913,291 |
| Invoice | 10/03/2009 | 09-11002-03 | | 109,980 | 10/6/2009 | 60,000 | | 11/2/2009 | 49,980 | - | $ 913,291 |
| Invoice | 10/05/2009 | 09-11002-01 | | 102,730 | 9/18/2009 | 20,000 | | 10/16/2009 | 68,680 | - | $ 913,291 |
| | | | | | | | | 11/12/2009 | 14,050 | | $ 913,291 |
| Invoice | 10/03/2009 | 09-11002-05 | | 100,970 | 10/5/2009 | 50,485 | | 11/9/2009 | 50,485 | - | $ 913,291 |
| Invoice | 10/03/2009 | 09-11002-02 | | 121,560 | 9/24/2009 | 40,000 | | 10/21/2009 | 81,560 | - | $ 913,291 |
| Invoice | 10/22/2009 | 09-11109-01 | | 121,320 | 11/12/2009 | 30,000 | | 11/20/2009 | 91,320 | - | $ 913,291 |
| Invoice | 10/28/2009 | 09-11109-02 | | 120,360 | 11/12/2009 | 26,100 | | 12/23/2009 | 94,260 | - | $ 913,291 |
| | | | | | 11/13/2009 | 3,900 | | 12/23/2009 | 13,320 | | |
| Invoice | 11/01/2009 | 09-11109-02b | | 17,220 | 11/12/2009 | 63,420 | | | | $ 63,420 | $ 976,711 |
| Invoice | 11/02/2009 | 09-11109-03 | 11/02/2009 | 126,840 | 11/10/2009 | 56,925 | | 12/7/2009 | 56,925 | - | $ 976,711 |
| Invoice | 11/10/2009 | 09-11109-04 | 11/05/2009 | 113,850 | 12/4/2009 | 59,530 | | 12/18/2009 | 59,530 | - | $ 976,711 |
| Invoice | 12/01/2009 | 09-11130-01 | 12/04/2009 | 119,060 | 11/17/2009 | 58,800 | | 12/10/2009 | 59,720 | - | $ 976,711 |
| Invoice | 11/25/2009 | 09-11116-01 | 11/25/2009 | 118,520 | 12/30/2009 | 60,550 | | 1/20/2010 | 60,550 | - | $ 976,711 |
| Invoice | 12/30/2009 | 09-11215-02 | 12/30/2009 | 121,100 | 12/31/2009 | 49,570 | | 1/21/2010 | 49,570 | - | $ 976,711 |
| Invoice | 12/30/2009 | 09-11223-01 | 12/30/2009 | 99,140 | 12/22/2009 | 26,278 | | | | $ 14,054 | $ 990,765 |
| Invoice | 1/12/2010 | 09-11221-05 | ** see below | 40,332 | | | | | | | |

** Invoice 09-11221-05 is not an invoice for product. It is an invoice for shipping charges for containers previously shipped.

Earthwise 02810

# EXHIBIT H

Order Arrangement/Payments/Shipping
Debtor

| Order Date | Quant of P | Quant of W | Order Arrangement for 2009/2010 ||| Cumulative | Payments as of January 15, 2010 || Payments Due based on Shipmts As of 1/15/10 | Shipments as of January 15, 2010 |||| Date | | Comments |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | 30% Down | 40% Down | 30% final | | Payments to Truegreen | Date | | Quant of P | Quant of W | Ship | BOL | Ship Left | Ship Arrive | |
| 9/21/2009 | 1,600 | | $ 80,640 | | | $ 80,640 | $ 681,000 | 9/15/2009 | $ 1,158,029  1 | 604 | | YM Plum | CSHU19110057 | 10-Nov | 23-Nov | Viewed by Examiner/BOL stated 725 |
| 9/21/2009 | 1,600 | 720 | $ 119,520 | | | $ 200,160 | $ 8,000 | 9/21/2009 | $ 1,206,749  2 | 725 | | Hyundai National | CSHU19110364 | 12-Nov | 23-Nov | Viewed by Examiner |
| 9/28/2009 | 1,600 | 1,440 | $ 158,400 | | | $ 358,560 | $ 28,000 | 10/7/2009 | $ 1,255,469  3 | 725 | | Hyundai Dominion | CSHU19110931 | 20-Nov | 1-Dec | Viewed by Examiner |
| 10/5/2009 | 2,400 | 720 | $ 159,840 | | | $ 518,400 | $ 115,776 | 10/14/2009 | $ 1,306,742  4 | 763 | | YM Cosmos | CSHU19110935 | 21-Nov | 5-Dec | Viewed by Examiner |
| 10/12/2009 | 2,400 | 720 | $ 159,840 | | | $ 678,240 | $ 115,776 | 10/20/2009 | $ 1,355,462  5 | 725 | | YM Fountain | CSHU19111222 | 1-Dec | 13-Dec | BOL states 800 but Debtor indicates 725 |
| 10/19/2009 | 2,400 | 720 | $ 159,840 | | | $ 838,080 | $ 194,578 | 10/28/2009 | $ 1,452,902  6 | 1,450 | | Hyundai Patriot | CSHU19170705 | 4-Dec | 15-Dec | Tacoma |
| 10/26/2009 | 2,400 | 720 | $ 159,840 | | | $ 997,920 | $ 202,944 | 11/3/2009 | $ 1,599,062  7 | 2,175 | | YM Wealth | CSHU19120258 | 8-Dec | 19-Dec | Tacoma |
| 11/2/2009 | 1,600 | 720 | $ 119,520 | $ 107,520 | | $ 1,224,960 | $ 24,096 | 11/6/2009 | $ 1,647,782  8 | 725 | | Hyundai Republic | CSHU19120420 | 10-Dec | 21-Dec | Tacoma |
| 11/9/2009 | | | | $ 159,360 | | $ 1,384,320 | $ 159,360 | 11/10/2009 | $ 1,909,644  9 | 2,900 | | YM Plum | CSHU19120421 | 15-Dec | 26-Dec | Tacoma |
| 11/16/2009 | | | | $ 211,200 | | $ 1,595,520 | $ 211,200 | 11/16/2009 | $ 1,958,028  10 | 720 | | Hyundai National | CSHU19120773 | 16-Dec | 28-Dec | Tacoma |
| 11/23/2009 | | | | $ 213,120 | | $ 1,808,640 | $ 213,120 | 11/23/2009 | $ 2,289,475  11 | 738 | | YM Cosmos | CSHU19120794 | 28-Dec | 10-Jan | Tacoma |
| 11/30/2009 | | | | $ 213,120 | | $ 2,021,760 | $ 49,594 | 12/30/2009 | $ 2,387,251  12 | 510 | 210 | San Francisco Exp | SHA346878 | 28-Dec | 14-Jan | Vancouver |
| 12/7/2009 | | | | $ 213,120 | | $ 2,315,520 | $ 38,455 | 12/30/2009 | | | | | | | | |
| 12/14/2009 | | | | $ 213,120 | | $ 2,648,160 | $ 36,540 | 12/30/2009 | | | | | | | | |
| 12/21/2009 | | | | $ 159,360 | $ 80,640 | $ 2,965,920 | $ 6,852 | 12/30/2009 | | | | | | | | |
| 12/28/2009 | | | | | $ 119,520 | $ 3,125,760 | $ 32,028 | 12/30/2009 | | | | | | | | |
| 1/4/2009 | | | | | $ 159,840 | $ 3,285,600 | $ 14,196 | 1/6/2010 | | | | | | | | |
| 1/11/2009 | | | | | $ 159,840 | $ 3,445,440 | $ 36,540 | 1/6/2010 | | | | | | | | |
| 1/18/2009 | | | | | $ 159,840 | $ 3,605,280 | $ 127,435 | 1/11/2010 | | | | | | | | |
| 1/25/2009 | | | | | $ 119,520 | $ 3,724,800 | $ 109,620 | 1/12/2010 | | | | | | | | |
| Total | 16,000 | 5,760 | $ 1,117,440 | $ 1,489,920 | $ 1,117,440 | | $ 2,403,108 | | | 12,760 | 210 | | | | | |

Note: Through January 15, 2010 the Order Arrangement calls for 16,000 plastic heaters to have been shipped and 5,760 wood heaters to have been shipped. Through January 15, 2010, per the Bill of Ladings, 12,760 plastic heaters have been shipped and 210 wood heaters have been shipped.

**EXHIBIT I**

# Invoice

**Earthwise Technologies Inc.**

18324 Cook Road SE #5
Yelm, WA 98597

| Date | Invoice # |
|---|---|
| 1/12/2010 | 09-11221-04 |

**PAID**

**Bill To**
Earthwise Innovations
4484 Lahm Dr.
Akron, OH 44319

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 1/10 - 1/16 | | | 1/12/2010 | | | |

| QTY | Description | Price Each | Amount |
|---|---|---|---|
| 74 | 1500w Quartz Infrared Heater - Plastic Cabinet | 181.00 | 13,394.00T |
| 10 | 1500w Quartz Infrared Heater - Wood Oak Cabinet | 208.00 | 2,080.00T |
| 24 | 1500w Quartz Infrared Heater - Wood Tuscan Cabinet | 208.00 | 4,992.00T |
| 15 | 1500w Quartz Infrared Heater - Wood Cherry Cabinet | 208.00 | 3,120.00T |
| 1 | 1000w Quartz Infrared Heater - Wood Tuscan Cabinet | 179.00 | 179.00T |
| | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

| | | |
|---|---|---|
| **Total** | | $23,765.00 |
| **Payments/Credits** | | $-23,765.00 |
| **Balance Due** | | $0.00 |

Earthwise 02975

**EXHIBIT J**

search...

Home   Order   FAQs   Testimonials   Contact Us

Home

## Shop CZ Infrared™

Visit our secure online store to buy your CZ Infrared™ Heater today.

ıving on your energy bill ith healthy, safe, infrared heat.

OrEarthWise Technologies guarantees the lowest price available.

Save Money   Healthy Heat   Best Built   Why CZ Infrared™   Compare

**Your CZ Infrared™ Heater will save up to 50% on your current energy bill.** The CZ Infrared™ Heater will heat up to 1000 square feet for around $1.20 per day *(based on an 8-hour period, using the national average of 10 cents per kw/hr)*. Read more...

*****Receive $50** off your total when you purchase two 1500 watt CZ Infrared™ Therapeutic Quartz Infrared Portable Heaters!

## EarthWise Products

**CZ Infrared™ In-Wall Heating System**
NEW! The CZ Infrared™ Therapeutic Ceramic Infrared In-Wall Heating System is now available for purchase!

- Visit the CZ Infrared™ In-Wall website to learn more.

**EarthWise SA-700 Air Purifier**
The EarthWise SA-700 Air Purifier combines the most thoroughly researched and effective air purification technologies in a single unit.

- Visit the EarthWise SA-700 Air Purifier website to learn more.

## CZ Infrared™ Therapeutic Quartz Infrared Portable Heaters

## Introducing the New CZ Infrared™ Heater with Bio-Smart™ Air Filtration Technology by EarthWise

CZ Infrared™ Therapeutic Quartz Infrared Portable Heaters have a new look, new design, and lots of new features.



**BLUE EDITION Heaters: Now with Bio-Smart™ Air Filtration Technology**

New CZ Infrared™ BLUE EDITION heaters eliminate the harmful airborne bacteria and pathogens that are the source of your family's winter illnesses.

Read more...

## CZInfrared for Free*

If we can't match the price* we'll give you a CZ Infrared™ 1500 watt Quartz Infrared Heater for free!

*Refers to any authorized competing retailers' current and ongoing advertised price for identical CZInfrared heater, available in competitors' current inventory, and subject to verification. Limit four heaters per household.

### New Heating Elements

CZ Infrared™ BLUE EDITION heaters have new infrared heating elements with an extended life of 30,000 hours.

Read more...

### New Copper Lined Heating Chamber

Each unit now has three copper panels instead of two and a newly designed heating chamber. Multiple copper

fins have been added to one of the panels in the unit to increase copper surface area by more than 300% compared to the previous CZ Infrared™ models manufactured by Well Electronics.

Read more...

### New Electronic Thermostat

The new three probe electronic thermostat in the CZ Infrared™ BLUE EDITION is more accurate than ever -- up to a fraction of a degree!

### Dual Power Settings

The CZ Infrared™ BLUE EDITION heater now has two different power settings: 750 watts and 1500 watts.

Read More...

### Easy To Use

All of the CZ Infrared™ BLUE EDITION features are accessed with a single button press on the display or the remote.

### New Fan Technology

The new two speed fan produces 1100 rpm on high and 800 Low rpm on low. The double ball bearing scroll fan has been newly designed this year for the new CZ Infrared™ BLUE EDITION models and is bigger and quieter than before.

### More Serviceable than ever

The new CZ Infrared™ BLUE EDITION heaters require the removal of only 3 screws to change an infrared tube and diagnostic assistance as well as easy service instructions are included with each heater purchased.

### New Ceramic blankets incorporated into new CZ Infrared™ models

New ceramic blanket technology in the new CZ Infrared™ heaters provide new and improved sound suppression. This also reduces the external temperature of the cabinet if pets and children are a concern.

## CZ Infrared™ Heaters: The Quality Leader in Environmental Heaters



**CZ Infrared™ Heaters are the finest heaters you can buy.** Quality, backed by technological leadership, is what we are all about.

BUY WITH CONFIDENCE! You can enjoy even bigger savings to your pocket book while knowing that you will continue to save on your heating bill throughout the rest of the year. The CZ Infrared™ Portable Quartz Infrared Heater will pay for itself many times over.

CZ Infrared™ is a technologically superior infrared heater that offers ultra-efficient, safe, evenly-distributed heat at less cost than other heating systems. Its impressive air quality and effective heating performance are the result of an innovative, patented system design. This patented technology uses absorption of infrared energy which produces, mixes, and circulates heated air back into your space.

The resulting evenly-distributed heat minimizes losses at walls, windows and ceilings, saving you energy and money! This soft, cozy heat warms the air in much the same way as the sun heats the earth by means of safe infrared absorption. Tests show that the CZ Infrared™ Heaters are 35% more efficient than forced air electric furnaces and 56% more efficient than propane furnaces.

Get a CZ Infrared™ heater for free -- click here to learn how.

### Designed To Last 4 Times Longer


CZ Infrared's infrared tubes have been enhanced to a life of 20,000 hours instead of the standard 5,000 hours of other infrared manufacturers. Read more...

### Nationwide Support


We value our customers and believe in our products. Our large Distributor Network allows you to contact a qualified customer service rep. locally.

---

## Greetings

 Letter from the President.

## Become A Dealer

Ask your local representative about profitable dealer opportunities, or call the distributor hotline about the promotion currently underway:

Toll Free: 1-800-707-0858.

Click the link below to request information about becoming a CZ Infrared™ Heater dealer.

More Info

EarthWise Technologies:
A BBB Accredited Business







## Exceptional 3-Year Warranty



CZ Infrared Heater's 3-Year Warranty is the most comprehensive in the industry because of design integrity. You will not be without your heater when you need it most. Read more...

## Easy To Service



New ceramic quick-connect terminals for easy servicing. Our long lasting infrared tubes can be replaced in a few minutes without special skills.

### CZI-1500WT Walnut



Order Now

Suggested Retail: $679.00
FACTORY DIRECT: $449.00
*Seasonal Blowout Price:* **$399.00**

**SAVE $280.00** off a new CZ Infrared™ portable heater! *Free Shipping!*

CZI-1500WT Specifications

### CZI-1500WO Oak



Order Now

Suggested Retail: $679.00
FACTORY DIRECT: $449.00
*Seasonal Blowout Price:* **$399.00**

**SAVE $280.00** off a new CZ Infrared™ portable heater! *Free Shipping!*

CZI-1500WO Specifications

### CZI-1500WC Cherry



Order Now

Suggested Retail: $679.00
FACTORY DIRECT: $449.00
*Seasonal Blowout Price:* **$399.00**

**SAVE $280.00** off a new CZ Infrared™ portable heater! *Free Shipping!*

CZI-1500WC Specifications

### CZI-1500P Plastic



Order Now

Suggested Retail: $599.00
FACTORY DIRECT: $379.00
*Seasonal Blowout Price:* **$349.00**

**SAVE $250.00** off a new CZ Infrared™ portable heater! *Free Shipping!*

CZI-1500P Technical Specifications

### NEW!! CZI-1500PA Plastic



Order Now

Suggested Retail: $649.00
FACTORY DIRECT: **$429.00** *Free Shipping!*

SAVE $220.00 off the latest advancement in infrared heating technology. Don't miss your chance to order a CZ Infrared™ BLUE EDITION with our introductory launch price. Order today!

CZI-1500PA Specifications

## Call Now



Call 1-888-627-7498 to inquire about special promotions available from EarthWise - including multiple unit discounts.

Call us toll free to learn more:

**1-888-627-7498**
7 days a week

## Free Shipping!

Free shipping to anywhere in the contiguous USA. For shipping to Alaska or Hawaii, please call 1-888-627-7498.

Copyright ©2008-2018 EarthWise Technologies, Inc. - All Rights Reserved. Privacy Policy.

**EXHIBIT K**



Copyright © 2007 EarthWise Innovations, Inc.. All Rights Reserved.

Sell Online with Volusion.