## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
http://www.wawb.uscourts.gov

## AMENDMENT COVER SHEET

DEBTOR LAST NAME   EarthWise Technologies Inc.
CASE NUMBER        09-46902                          CHAPTER  11
ATTORNEY FOR DEBTOR  Timothy W. Dore                 PHONE  (206) 464-4224

## PLEASE CHECK WHAT IS BEING AMENDED

**PLEASE INDICATE WHICH SCHEDULE IS BEING AMENDED - *ONLY ONE $26.00 FEE REQUIRED IF AMENDMENT CONTAINS MORE THAN ONE CHANGE TO THE SCHEDULES AND LIST OF CREDITORS.**

## SUBMIT ORIGINAL ONLY - NO COPIES REQUIRED

☐ **1. PETITION:**   Change debtor(s) name requires Motion and Ex Parte Order (No fee required)

☐ **2. MATRIX:**   Adding, Deleting Creditors  (Requires $26.00 Fee)

> No fee is required when the nature of the amendment is to change the address of a creditor or an attorney for a creditor listed on the schedules or to add the name and address of an attorney for a listed creditor.

When submitting an amended Matrix, send Matrix with <u>ONLY</u> the amended creditors.

☐ **3. SCHEDULES:**
   ☐ **D, E, F**  (Requires $26.00 fee - *No Fee required for Chapter 13 cases, LBR 1009-1(d)(3))

   A fee is charged to add creditors, delete creditors, change the amount of a debt, or change the classification of a debt.

   ☐ **A, B, C, G, H, I, J,**  (No fee required)

☐ **4. AMENDING AMOUNTS/TOTALS OF SCHEDULES (Requires $26.00 Fee)**

☒ **5. STATEMENT OF AFFAIRS** (No fee required)

It is the responsibility of the debtor to notify additional creditors by sending a section 341 meeting of creditors notice and/or Discharge Order to the individuals or companies added to the schedules/matrix. A certificate of mailing in regard to this notification filed with the Clerk's office is appropriate. If the case presently is closed a Motion To Reopen, Notice of Hearing, Proposed Order and Proof of Service, a filing fee, and the amendment fee must accompany the amendment.

Brook C. Foster, ~~Corporate Secretary~~ and VP of Operations
Signature of Debtor

Rev. 9/22/04
WAW-218.CS
[L.B. Form 2 W.D. Wash.]

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Washington

In re    __EarthWise Technologies Inc.__                                     Case No. _____

                                                    Debtor(s)              Chapter     __11__

## AMENDED STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is, or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $238,095.03 | Operation of business 01/01/07-12/31/07 |
| $6,579,157.67 | Operation of business 01/01/08-12/31/08 |
| $5,582,117.56 | Operation of business 01/01/09-09/17/09 |

**2. Income other than from employment or operation of business**

None


State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None
☒

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None
☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **See attached** | | | |

None
☐

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **James Wood**<br>**7207 120th St Court NW**<br>**Gig Harbor, WA 98332**<br>  **President and COO** | **See attached** | **$245,653.89** | **$0.00** |
| **Brook Foster**<br>**13810 148th Ave SE**<br>**Yelm, WA 98597**<br>  **Secretary and Vice President of Operations** | **See attached** | **$119,785.49** | **$0.00** |
| **Bruce Searle**<br>**17031 173rd Lane SE**<br>**Rainier, WA 98576**<br>  **CEO** | **See attached** | **$86,318.26** | **$0.00** |

| | | | |
|---|---|---|---|
| Paul Searle<br>18324 Cook Road, Unit 1<br>Yelm, WA 98597<br>   Son of Bruce Searle | See attached | $84,792.41 | $0.00 |
| Anita Gamba<br>PO Box 473<br>Rainier, WA 98597<br>   Treasurer and CFO | See attached | $43,500.07 | $0.00 |
| EarthWise Electronics Inc.<br>53rd East St, Marbella<br>Swiss Bank Bldg, 2nd Fl<br>City of Panama<br>Republic of Panama<br>   EarthWise Electronics Inc. is owned by True<br>Green Foundation.  Bruce Searle is a director of<br>True Green Foundation and receives<br>compensation of $10.00 per year from True Green<br>Foundation. | See attached | $2,695,000.00 | $3,090,004.79 |
| EarthWise Innovations Inc.<br>18324 Cook Road, Suite 5<br>Yelm, WA  98597<br>   Bruce Searle is sole officer | See attached | $5,000.00 | $0.00 |
| Pacific Northwest Development Associates LLC<br>18324 Cook Road, Suite 5<br>Yelm, WA  98597<br>   Bruce Searle is a member | Rent (See attached) | $26,397.00 | $0.00 |
| David Searle<br>11635 Hobby Street S<br>Yelm, WA  98597<br>   Son of Bruce Searle | See attached | $1,874.30 | $0.00 |
| Lee Wood<br>15510 Vail Cutoff Road SE<br>Rainier, WA  98576<br>   Former spouse of James Wood | See attached | $51,635.02 | $0.00 |
| Lynn Wood<br>16226 Lindsay Road<br>Yelm, WA  98597<br>   Daughter of James Wood | See attached | $6,133.91 | $0.00 |
| True Green Electronics<br>3F, No. 5<br>Lane 118<br>Siouming Rd Sec. 2<br>Taipei, Taiwan<br>R.O.C. | See attached | $689,000.00 | $0.00 |
| Eva Lester<br>P.O. Box 1664<br>Yelm, WA  98597<br>   Former spouse of Bruce Searle | See attached | $106,337.71 | $0.00 |
| Sandra Heisig<br>10704 Samaga Dr.<br>Oakton, VA  22124<br>   Sister of James Wood | See attached | $47,835.25 | $0.00 |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| EarthWise Technologies, Inc. v. Well Electronics Co., Ltd. 09-2-00815-6 | Well - collection EarthWise - tort | Thurston County Superior Court | Pending |
| EarthWise Technologies Inc. and EarthWise Electronics Inc. v. Comfort Living LLC 09-2-00930-6 | Collection and injunctive relief | Thurston County Superior Court | Pending (removed to U.S. District Court for the Western District of Washington at Tacoma) |
| EarthWise Technologies Inc. and EarthWise Electronics Inc. v. Comfort Living LLC 09-05266 BHS | Collection and injunctive relief | U.S. District Court Western District of Washington at Tacoma | Pending (removed from Thurston County Superior Court) |
| EarthWise Technologies Inc. and Bruce R. Searle v. Suarez Corporation Industries C07-05577 RJB | (consolidated with C07-02020 RJB) | U.S. District Court Western District of Washington at Tacoma | Settled and dismissed |
| Suarez Corporation Industries and MHE Corporation v. EarthWise Technologies Inc., EarthWise Innovations Inc. and Bruce R. Searle C07-02020 RJB | Trademark Infringement (consolidated with C07-05577 RJB) | U.S. District Court Western District of Washington at Seattle | Settled and dismissed |
| Suarez Corporation Industries v. EarthWise Technologies, Inc. and Bruce R. Searle C09-05295 RBL | Breach of Settlement Agreement | U.S. District Court Western District of Washington at Tacoma | Pending |
| Howard Berger Co., Inc. v. EarthWise Technologies, Inc. 09 Civ. 01146 | Trademark Infringement | U.S. District Court Southern District of New York | Pending |

None
☒    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
☒    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None 

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None 

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| Children's School of Excellence 13411 Cedar Grove Lane SE PO Box 1065 Rainier, WA 98576 | None | 1/26/09 | $4,000 |

### 8. Losses

None 

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Ryan, Swanson & Cleveland, PLLC 1201 Third Avenue #3400 Seattle, WA 98101 | 09/14/09 | $15,000 |

**10. Other transfers**

None 
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None 
b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Key Bank**<br>**1100 Yelm Ave E**<br>**Yelm, WA  98597** | **Savings Account**<br>**xxxxxxxx4263**<br>**$0.00** | **01/06/09** |

**12. Safe deposit boxes**

None 
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None 
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None 
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None 

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                          NAME USED                                          DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None 

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None 

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS              NAME AND ADDRESS OF              DATE OF              ENVIRONMENTAL
                                                   GOVERNMENTAL UNIT                NOTICE               LAW

None ⊠

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS              NAME AND ADDRESS OF              DATE OF              ENVIRONMENTAL
                                                   GOVERNMENTAL UNIT                NOTICE               LAW

None ⊠

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                              DOCKET NUMBER                              STATUS OR DISPOSITION

**18 . Nature, location and name of business**


None

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Dianne McCarthy**<br>**McCarthy & Barnhart**<br>**374 Boardman Poland Rd**<br>**Boardman, OH 44512** | **Prepared original tax return for 2007.**<br>**Worked on tax return for 2008.** |
| **Susan Howe**<br>**PO Box 1480**<br>**Yelm, WA 98597** | **12/01/07 - present** |
| **Brook Foster**<br>**13810 148th Ave SE**<br>**Yelm, WA 98597** | **Vice President of Operations**<br>**05/01/07 - present** |
| **Anita Gamba**<br>**PO Box 473**<br>**Rainier, WA 98597** | **Chief Financial Officer**<br>**01/05/09 - present** |
| **McSwain and Company, PS**<br>**222 N. Capitol Way, Suite 108**<br>**Olympia, WA  98501** | **Prepared amended tax return for 2007.**<br>**Prepared tax return for 2008.** |

None

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None ☒    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None ☒    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

### 20. Inventories

None ☒    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|------------------------------------------------------------------|

None ☒    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|-------------------------------------------------------|

### 21 . Current Partners, Officers, Directors and Shareholders

None ☒    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|------------------------------------------|
| **Bruce Searle**<br>**17031 173rd Lane SE**<br>**Rainier, WA 98576** | **CEO** | **51% of equity** |
| **James Wood**<br>**7207 120th St Court NW**<br>**Gig Harbor, WA 98332** | **President and COO** | **30% of equity** |
| **Brook Foster**<br>**13810 148th Ave SE**<br>**Yelm, WA 98597** | **Secretary and Vice President of Operations** | **9% of equity** |
| **Paul Searle**<br>**18324 Cook Road SE, Unit 1**<br>**Yelm, WA  98597** | | **5% of equity** |
| **Anita Gamba**<br>**PO Box 473**<br>**Rainier, WA  98597** | **Treasurer and CFO** | **5% of equity** |

### 22 . Former partners, officers, directors and shareholders

None ☐    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|
| **Dianne McCarthy** | **McCarthy & Barnhart** | **April 22, 2009** |

**374 Boardman Poland Rd**
**Boardman, OH 44512**

None
 b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                          TITLE                          DATE OF TERMINATION

### 23 . Withdrawals from a partnership or distributions by a corporation

None
☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                             DATE AND PURPOSE               AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR                    OF WITHDRAWAL                  OR DESCRIPTION AND
**See SOFA 3.c.**                                                       VALUE OF PROPERTY

### 24. Tax Consolidation Group.

None
 If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                          TAXPAYER IDENTIFICATION NUMBER (EIN)

### 25. Pension Funds.

None
 If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date ___3 / 4 / 10___          Signature _____

**Brook C. Foster**
**Corporate Secretary and VP of Operations**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# PAYMENTS TO CREDITORS WITHIN 90 DAYS

Earthwise Technologies Inc.
Case No. 09-46902

SOFA 3.b
90-Day Payments

| Payee | Date | Amount | | Amount Still Owing |
|---|---|---|---|---|
| Alex Anderson | 07/10/09 | $1,846.15 | subcontracting | |
| P.O. Box 543 | 07/10/09 | $1,846.15 | subcontracting | |
| McKenna, WA  98558 | 07/01/09 | $1,846.15 | subcontracting | |
| | 07/27/09 | $1,846.15 | subcontracting | |
| | 08/19/09 | $1,846.15 | subcontracting | |
| | 08/24/09 | $1,846.15 | subcontracting | |
| | 09/08/09 | $923.08 | subcontracting | |
| | 09/11/09 | $923.08 | subcontracting | |
| | 09/14/09 | $923.08 | subcontracting | |
| | | $14,769.21 | | $0.00 |
| Capital Premium Financing | 07/10/09 | $6,546.53 | insurance premiums | |
| P.O. Box 1020 | 08/19/09 | $6,546.53 | insurance premiums | |
| Draper, UT 84020 | 09/02/09 | $327.33 | late fee | |
| | 09/08/09 | $6,546.53 | insurance premiums | |
| | | $19,966.92 | | $0.00 |
| Carole Spanos | 06/22/09 | $1,033.71 | payroll | |
| 7547 Henderson Blvd SE | 06/26/09 | $1,033.71 | payroll | |
| Olympia, WA  98501 | 08/10/09 | $960.61 | payroll | |
| | 08/24/09 | $1,014.63 | payroll | |
| | 09/08/09 | $1,034.15 | payroll | |
| | 09/11/09 | $541.29 | payroll | |
| | 09/14/09 | $559.95 | payroll | |
| | | $6,178.05 | | $0.00 |

| Payee | Date | Amount | | Amount Still Owing |
|---|---|---|---|---|
| Chase (credit card) | 06/29/09 | $329.00 | | |
| P.O. Box 94014 | 07/13/09 | $17,319.97 | | |
| Palatine, IL 60094-4014 | 07/28/09 | $234.00 | | |
| | 09/02/09 | $125.00 | | |
| | 09/08/09 | $9,029.01 | | |
| | | $27,036.98 | | $0.00 |
| Davis McGrath LLC | 08/24/09 | $6,067.39 | legal services | |
| 125 South Wacker Dr #1700 | | $6,067.39 | | |
| Chicago, IL 60606 | | | | $0.00 |
| Erin Williamson | 06/19/09 | $500.00 | payroll | |
| P.O. Box 800 | 06/25/09 | $500.00 | payroll | |
| Yelm, WA 98597 | 06/26/09 | $495.55 | payroll | |
| | 07/01/09 | $250.00 | payroll | |
| | 07/09/09 | $512.64 | payroll | |
| | 07/10/09 | $745.55 | payroll | |
| | 07/10/09 | $1,495.54 | payroll | |
| | 07/27/09 | $1,495.55 | payroll | |
| | 08/12/09 | $1,495.50 | payroll | |
| | 08/24/09 | $1,495.55 | payroll | |
| | 09/08/09 | $1,495.55 | payroll | |
| | 09/11/09 | $801.72 | payroll | |
| | 09/14/09 | $801.28 | payroll | |
| | | $12,084.43 | | $0.00 |

Earthwise Technologies Inc.
Case No. 09-46902

SOFA 3.b.
90-Day Payments

| Payee | Date | Amount | | Amount Still Owing |
|---|---|---|---|---|
| Frontier Airlines (credit card) | 07/01/09 | $150.00 | | |
| P.O. Box 84030 | 07/13/09 | $5,770.30 | | |
| Columbus, GA 31908-4030 | 07/28/09 | $15.00 | | |
| | 09/02/09 | $50.00 | | |
| | 09/08/09 | $6,481.44 | | |
| | | $12,466.74 | | $0.00 |
| | | | | |
| John Ward | 06/26/09 | $1,107.76 | payroll | |
| P.O. Box 303 | 07/10/09 | $1,107.76 | payroll | |
| McKenna, WA 98558 | 08/12/09 | $1,107.76 | payroll | |
| | 08/24/09 | $1,107.76 | payroll | |
| | 09/08/09 | $1,107.76 | payroll | |
| | 09/11/09 | $589.70 | payroll | |
| | 09/14/09 | $588.38 | payroll | |
| | | $6,716.88 | | $0.00 |
| | | | | |
| Josh Ginter | 06/26/09 | $1,253.84 | payroll | |
| 4807 14th Ave SE | 07/10/09 | $1,253.39 | payroll | |
| Lacey, WA 98503 | 08/12/09 | $1,257.77 | payroll | |
| | 08/24/09 | $1,257.76 | payroll | |
| | 09/08/09 | $1,257.78 | payroll | |
| | 09/11/09 | $661.63 | payroll | |
| | 09/14/09 | $661.20 | payroll | |
| | | $7,603.37 | | $0.00 |

Earthwise Technologies Inc.
Case No. 09-46902

SOFA 3.b.
90-Day Payments

| Payee | Date | Amount | | Amount Still Owing |
|---|---|---|---|---|
| Kenneth Gray | 06/17/09 | $931.04 | payroll | |
| 90 N Hama Hama | 06/26/09 | $965.74 | payroll | |
| Lilliwaup, WA 98555 | 07/10/09 | $1,027.35 | payroll | |
| | 07/27/09 | $1,005.59 | payroll | |
| | 08/10/09 | $1,027.35 | payroll | |
| | 08/24/09 | $972.10 | payroll | |
| | 09/08/09 | $1,023.67 | payroll | |
| | 09/11/09 | $541.29 | payroll | |
| | 09/14/09 | $540.86 | payroll | |
| | | $8,034.99 | | $0.00 |
| Kent Cissna | 06/17/09 | $29.65 | payroll | |
| P.O. Box 1176 | 06/26/09 | $759.55 | payroll | |
| Rainier, WA 98576 | 07/10/09 | $291.36 | payroll | |
| | 07/27/09 | $382.33 | payroll | |
| | 08/10/09 | $992.24 | payroll | |
| | 08/24/09 | $995.88 | payroll | |
| | 09/08/09 | $989.58 | payroll | |
| | 09/11/09 | $508.76 | payroll | |
| | 09/14/09 | $507.44 | payroll | |
| | | $5,456.79 | | $0.00 |

Earthwise Technologies Inc.
Case No. 09-46902

SOFA 3 b.
90-Day Payments

| Payee | Date | Amount | | Amount Still Owing |
|---|---|---|---|---|
| Kevin Brock | 06/17/09 | $1,076.56 | payroll | |
| 213 Euclid Ave | 06/26/09 | $1,075.71 | payroll | |
| Shelton, WA 98584 | 07/10/09 | $1,075.71 | payroll | |
| | 07/27/09 | $1,078.39 | payroll | |
| | 08/10/09 | $1,087.46 | payroll | |
| | 08/24/09 | $1,092.55 | payroll | |
| | 09/08/09 | $1,098.34 | payroll | |
| | 09/11/09 | $613.58 | payroll | |
| | 09/14/09 | $496.10 | payroll | |
| | | $8,694.40 | | $0.00 |
| | | | | |
| Key Bank | 07/01/09 | $50.10 | merchant fees | |
| 1100 Yelm Ave E | 08/01/09 | $1,334.77 | merchant fees | |
| Yelm, WA 98597 | 09/01/09 | $4,442.39 | merchant fees | |
| | | $5,827.26 | | $0.00 |
| | | | | |
| Kyle Champion | 06/26/09 | $1,451.71 | payroll | |
| P.O. Box 1014 | 07/10/09 | $1,451.72 | payroll | |
| Rainier, WA 98576 | 08/12/09 | $1,451.72 | payroll | |
| | 08/24/09 | $1,451.72 | payroll | |
| | 09/08/09 | $1,451.72 | payroll | |
| | 09/11/09 | $777.19 | payroll | |
| | 09/14/09 | $775.86 | payroll | |
| | | $8,811.64 | | $0.00 |

| Payee | Date | Amount | | Amount Still Owing |
|-------|------|--------|---|-------------------|
| Michael Loeffler | 06/17/09 | $1,069.86 | payroll | |
| 17217 Reichel Rd SE | 06/26/09 | $982.01 | payroll | |
| Rainier, WA  98576 | 08/10/09 | $1,128.76 | payroll | |
| | 08/24/09 | $1,095.92 | payroll | |
| | 09/08/09 | $613.34 | payroll | |
| | 09/11/09 | $602.62 | payroll | |
| | 09/14/09 | **$6,621.27** | payroll | $0.00 |
| Nate Yundt | 06/17/09 | $1,081.42 | payroll | |
| 1900 Black Lake Blvd | 06/26/09 | $1,081.43 | payroll | |
| Olympia, WA  98512 | 08/10/09 | $1,065.58 | payroll | |
| | 08/24/09 | $1,063.12 | payroll | |
| | 09/08/09 | $1,045.14 | payroll | |
| | 09/11/09 | $586.73 | payroll | |
| | 09/14/09 | $584.98 | payroll | |
| | | **$6,508.40** | | $0.00 |
| Nathan Kositsky | 07/10/09 | $18,000.00 | web design services | |
| P.O. Box 1021 | | **$18,000.00** | | $0.00 |
| Snoqualmie, WA  98065 | | | | |
| Norman Jensen Inc. | 07/10/09 | $6,486.71 | customs broker services | |
| P.O. Box 1414  NCB-77 | | **$6,486.71** | | $0.00 |
| Minneapolis, MN  55480-1414 | | | | |

Earthwise Technologies Inc.
Case No. 09-46902

SOFA 3.b.
90-Day Payments

| Payee | Date | Amount | | Amount Still Owing |
|---|---|---|---|---|
| Rachael Montgomery | 06/26/09 | $764.47 | payroll | |
| 7345 Henderson Blvd SE #11D | 08/10/09 | $1,054.30 | payroll | |
| Olympia, WA 98501 | 08/24/09 | $1,054.30 | payroll | |
| | 09/08/09 | $1,364.02 | payroll | |
| | 09/11/09 | $810.07 | payroll | |
| | 09/14/09 | $816.44 | payroll | |
| | | **$5,863.60** | | $0.00 |
| Regence | 06/29/09 | $7,325.64 | insurance premiums | |
| P.O. Box 91128 | 07/28/09 | $7,325.64 | insurance premiums | |
| Seattle WA 98111-9228 | 09/08/09 | $7,325.64 | insurance premiums | |
| | | **$21,976.92** | | $0.00 |
| Russell Davis | 06/26/09 | $1,512.59 | payroll | |
| 10740 Littlerock Rd | 07/10/09 | $1,512.60 | payroll | |
| Olympia, WA 98512 | 07/27/09 | $809.80 | payroll | |
| | 08/12/09 | $1,514.78 | payroll | |
| | 08/24/09 | $1,512.60 | payroll | |
| | 09/08/09 | $1,512.59 | payroll | |
| | 09/11/09 | $810.20 | payroll | |
| | 09/14/09 | $809.81 | payroll | |
| | | **$9,994.97** | | $0.00 |
| Ryan, Swanson & Cleveland | 09/10/09 | $15,000.00 | advance fee deposit | |
| 1201 Third Ave #3400 | | | | |
| Seattle, WA 98101 | | **$15,000.00** | | $0.00 |

Earthwise Technologies Inc.
Case No. 09-46902

SOFA 3.b.
90-Day Payments

| Payee | Date | Amount | | Amount Still Owing |
|---|---|---|---|---|
| Stuttgen | 09/14/09 | $16,608.00 | United Hardware Show sales | |
| Craig Stuttgen | 09/14/09 | $2,691.00 | United Hardware Show sales | |
| H3729 Highway 13 | | **$19,299.00** | | **$0.00** |
| Unity, WI 54488 | | | | |
| | | | | |
| Suarez Corporation Industries | 07/15/09 | $50,000.00 | settlement payment | |
| 7800 Whipple Avenue NW | 09/08/09 | $138,805.04 | judgment plus interest | |
| North Canton, OH 44720 | 09/17/09 | $2,712.10 | additional interest on judgment | |
| | | **$191,517.14** | | **$0.00** |
| | | | | |
| Tara Hall | 08/07/09 | $5,000.00 | February 2009 commission | |
| P.O. Box 2111 | 09/11/09 | $5,919.50 | January-February 2009 commission | |
| Yelm, WA 98597 | | **$10,919.50** | | **$0.00** |
| | | | | |
| Terry Pomeroy | 06/19/09 | $500.00 | payroll | |
| 18324 Cook Rd SE #5 | 06/26/09 | $635.32 | payroll | |
| Yelm, WA 98597 | 06/26/09 | $501.71 | expense reimbursement | |
| | 07/10/09 | $1,135.32 | payroll | |
| | 07/27/09 | $1,460.55 | payroll | |
| | 08/12/09 | $1,460.55 | payroll | |
| | 08/24/09 | $1,460.55 | payroll 08/08/09-08/23/09 | |
| | 08/24/09 | $1,460.56 | payroll 06/14/09-06/27/09 | |
| | 09/02/09 | $400.00 | payroll | |
| | 09/08/09 | $1,060.55 | payroll | |
| | 09/11/09 | $780.71 | payroll | |
| | 09/11/09 | $3,740.83 | commission 08/29/09-09/11/09 | |
| | 09/14/09 | $1,263.25 | payroll plus commission | |
| | | **$15,859.90** | | **$0.00** |

Earthwise Technologies Inc.
Case No. 09-46902

SOFA 3.b.
90-Day Payments

| Payee | Date | Amount | | Amount Still Owing |
|---|---|---|---|---|
| UPS | | | | |
| P.O. Box 894820 | 06/15/09 | $676.89 | shipping | |
| Los Angeles, CA 90189-4820 | 06/22/09 | $406.14 | shipping | |
| | 07/01/09 | $305.25 | shipping | |
| | 07/10/09 | $851.00 | shipping | |
| | 07/22/09 | $2,165.31 | shipping | |
| | 07/28/09 | $1,127.54 | shipping | |
| | 08/12/09 | $1,488.45 | shipping | |
| | 09/02/09 | $2,166.14 | shipping | |
| | 09/08/09 | $13,816.65 | shipping | |
| | 09/08/09 | $5,157.92 | shipping | |
| | 09/12/09 | $5,830.20 | shipping | |
| | | $33,991.49 | | $0.00 |
| Vantage International | | | | |
| P.O. Box 84211 | 07/09/09 | $10,000.00 | shipping | |
| Seattle, WA 98124 | 07/10/09 | $37,557.50 | shipping | |
| | 08/25/09 | $5,286.50 | shipping | |
| | 09/03/09 | $18,842.00 | shipping | |
| | 09/10/09 | $13,916.00 | shipping | |
| | | $85,602.00 | | $0.00 |

# PAYMENTS TO INSIDERS

# JAMES WOOD

**Earthwise Technologies Inc.**
## Custom Transaction Detail Report
September 15, 2008 through September 15, 2009

| Type | Date | Num | Memo | Account | Amount |
|------|------|-----|------|---------|--------|
| **Wood, Jim - Employee** | | | | | |
| Check | 12/19/2008 | 2146 | Reimburse for Band Payment 12/18/08 $300 | 1020 · Key Bank Ch... | -300.00 |
| Total Wood, Jim - Employee | | | | | -300.00 |
| **TOTAL** | | | | | **-300.00** |

# Earthwise Technologies Inc.
## Custom Transaction Detail Report
### September 15, 2008 through September 15, 2009

| Type | Date | Num | Name | Account | Amount |
|------|------|-----|------|---------|--------|
| **Sep 15, '08 - Sep 15, 09** | | | | | |
| Paycheck | 9/22/2008 | 1733 | Wood, James H | 6560 · Officer - Payroll Expense | 6,461.54 |
| Paycheck | 10/6/2008 | 1794 | Wood, James H | 6560 · Officer - Payroll Expense | 6,461.54 |
| Paycheck | 10/6/2008 | 1797 | Wood, James H | 6560 · Officer - Payroll Expense | 25,200.00 |
| Paycheck | 10/20/2008 | 1847 | Wood, James H | 6560 · Officer - Payroll Expense | 6,461.54 |
| Paycheck | 11/3/2008 | 1901 | Wood, James H | 6560 · Officer - Payroll Expense | 6,461.54 |
| Paycheck | 11/17/2008 | 1977 | Wood, James H | 6560 · Officer - Payroll Expense | 6,461.54 |
| Paycheck | 12/1/2008 | 2046 | Wood, James H | 6560 · Officer - Payroll Expense | 6,461.54 |
| Paycheck | 12/15/2008 | 2099 | Wood, James H | 6560 · Officer - Payroll Expense | 6,461.54 |
| Paycheck | 12/29/2008 | 2173 | Wood, James H | 6560 · Officer - Payroll Expense | 6,461.54 |
| Paycheck | 12/31/2008 | 2211 | Wood, James H | 6564 · Payroll Expenses | 42,000.00 |
| Paycheck | 1/12/2009 | 2229 | Wood, James H | 6560 · Officer - Payroll Expense | 6,461.54 |
| Paycheck | 1/26/2009 | 2323 | Wood, James H | 6560 · Officer - Payroll Expense | 6,461.54 |
| Paycheck | 2/9/2009 | 2512 | Wood, James H | 6560 · Officer - Payroll Expense | 6,461.54 |
| Paycheck | 2/23/2009 | 2442 | Wood, James H | 6560 · Officer - Payroll Expense | 6,461.54 |
| Paycheck | 3/9/2009 | 2491 | Wood, James H | 6560 · Officer - Payroll Expense | 6,461.54 |
| Paycheck | 3/23/2009 | 2481 | Wood, James H | 6560 · Officer - Payroll Expense | 6,461.54 |
| Paycheck | 4/6/2009 | 2595 | Wood, James H | 6560 · Officer - Payroll Expense | 6,461.54 |
| Paycheck | 4/20/2009 | 2638 | Wood, James H | 6560 · Officer - Payroll Expense | 6,461.54 |
| Paycheck | 5/4/2009 | 2752 | Wood, James H | 6560 · Officer - Payroll Expense | 6,461.54 |
| Paycheck | 5/18/2009 | 2793 | Wood, James H | 6560 · Officer - Payroll Expense | 6,461.54 |
| Paycheck | 6/1/2009 | 2831 | Wood, James H | 6560 · Officer - Payroll Expense | 6,461.54 |
| Paycheck | 7/10/2009 | 2945 | Wood, James H | 6560 · Officer - Payroll Expense | 6,461.54 |
| Paycheck | 7/10/2009 | 2950 | Wood, James H | 6560 · Officer - Payroll Expense | 6,461.54 |
| Paycheck | 7/10/2009 | 2982 | Wood, James H | 6560 · Officer - Payroll Expense | 6,461.54 |
| Paycheck | 7/27/2009 | 2684 | Wood, James H | 6560 · Officer - Payroll Expense | 6,461.54 |
| Paycheck | 8/19/2009 | 3023 | Wood, James H | 6560 · Officer - Payroll Expense | 6,461.54 |
| Paycheck | 8/24/2009 | 3048 | Wood, James H | 6560 · Officer - Payroll Expense | 6,461.54 |
| Paycheck | 9/14/2009 | 3165 | Wood, James H | 6560 · Officer - Payroll Expense | 8,307.69 |
| Paycheck | 9/14/2009 | 3167 | Wood, James H | 6560 · Officer - Payroll Expense | 4,153.85 |
| Paycheck | 9/14/2009 | 3186 | Wood, James H | 6560 · Officer - Payroll Expense | 4,153.85 |
| **Sep 15, '08 - Sep 15, 09** | | | | | **245,353.89** |

# BROOK FOSTER

# Earthwise Technologies Inc.
## Payments to Insiders
### September 18, 2008 through September 18, 2009

| Type | Date | Num | Memo | Account | Amount |
|------|------|-----|------|---------|--------|
| **Foster, Brook - Employee** | | | | | |
| Check | 4/27/2009 | 2661 | Reimbursed Mtn Lumber reciept 4/... | 1020 · Key Bank Ch... | -124.81 |
| Check | 6/22/2009 | 2890 | Cell Phone Reimburse April - June | 1020 · Key Bank Ch... | -314.94 |
| Check | 9/4/2009 | 3086 | Cell Phone Reimburse | 1020 · Key Bank Ch... | -314.94 |
| Total Foster, Brook - Employee | | | | | -754.69 |

# Earthwise Technologies Inc.
## Custom Transaction Detail Report
### September 15, 2008 through September 15, 2009

| Type | Date | Num | Name | Account | Amount |
|------|------|-----|------|---------|--------|
| **Officer Salary** | | | | | |
| Paycheck | 9/22/2008 | 1730 | Foster, Brook C | 6560 · Officer - Pay... | 2,769.23 |
| Paycheck | 10/6/2008 | 1793 | Foster, Brook C | 6560 · Officer - Pay... | 2,769.23 |
| Paycheck | 10/6/2008 | 1796 | Foster, Brook C | 6560 · Officer - Pay... | 10,800.00 |
| Paycheck | 10/20/2008 | 1844 | Foster, Brook C | 6560 · Officer - Pay... | 2,769.23 |
| Paycheck | 11/3/2008 | 1898 | Foster, Brook C | 6560 · Officer - Pay... | 2,769.23 |
| Paycheck | 11/17/2008 | 1975 | Foster, Brook C | 6560 · Officer - Pay... | 2,769.23 |
| Paycheck | 12/15/2008 | 2094 | Foster, Brook C | 6560 · Officer - Pay... | 3,230.77 |
| Paycheck | 12/29/2008 | 2168 | Foster, Brook C | 6560 · Officer - Pay... | 3,230.77 |
| Paycheck | 1/12/2009 | 2224 | Foster, Brook C | 6560 · Officer - Pay... | 3,230.77 |
| Paycheck | 1/26/2009 | 2306 | Foster, Brook C | 6560 · Officer - Pay... | 3,230.77 |
| Paycheck | 2/9/2009 | 2371 | Foster, Brook C | 6560 · Officer - Pay... | 3,230.77 |
| Paycheck | 2/23/2009 | 2428 | Foster, Brook C | 6560 · Officer - Pay... | 3,230.77 |
| Paycheck | 3/9/2009 | 2534 | Foster, Brook C | 6560 · Officer - Pay... | 3,230.77 |
| Paycheck | 3/23/2009 | 2467 | Foster, Brook C | 6560 · Officer - Pay... | 3,230.77 |
| Paycheck | 4/6/2009 | 2582 | Foster, Brook C | 6560 · Officer - Pay... | 3,230.77 |
| Paycheck | 4/20/2009 | 2625 | Foster, Brook C | 6560 · Officer - Pay... | 3,230.77 |
| Paycheck | 5/4/2009 | 2733 | Foster, Brook C | 6560 · Officer - Pay... | 3,230.77 |
| Paycheck | 5/18/2009 | 2760 | Foster, Brook C | 6560 · Officer - Pay... | 3,230.77 |
| Paycheck | 6/1/2009 | 2817 | Foster, Brook C | 6560 · Officer - Pay... | 3,230.77 |
| Paycheck | 7/10/2009 | 2943 | Foster, Brook C | 6560 · Officer - Pay... | 3,230.77 |
| Paycheck | 7/10/2009 | 2948 | Foster, Brook C | 6560 · Officer - Pay... | 3,230.77 |
| Paycheck | 7/10/2009 | 2975 | Foster, Brook C | 6560 · Officer - Pay... | 3,230.77 |
| Paycheck | 7/27/2009 | 2675 | Foster, Brook C | 6560 · Officer - Pay... | 3,692.31 |
| Paycheck | 8/19/2009 | 3019 | Foster, Brook C | 6560 · Officer - Pay... | 3,692.31 |
| Paycheck | 8/24/2009 | 3035 | Foster, Brook C | 6560 · Officer - Pay... | 3,692.31 |
| Paycheck | 9/8/2009 | 3092 | Foster, Brook C | 6560 · Officer - Pay... | 3,692.31 |
| Paycheck | 9/11/2009 | 3134 | Foster, Brook C | 6560 · Officer - Pay... | 1,846.16 |
| Paycheck | 9/14/2009 | 3173 | Foster, Brook C | 6560 · Officer - Pay... | 1,846.16 |
| **Total Officer Salary** | | | | | 94,800.03 |
| **Bonus - Officer** | | | | | |
| Paycheck | 12/1/2008 | 2042 | Foster, Brook C | 6564 · Payroll Expe... | 24,230.77 |
| **Total Bonus - Officer** | | | | | 24,230.77 |
| **TOTAL** | | | | | 119,030.80 |

# BRUCE SEARLE

# Earthwise Technologies Inc.
## Payments to Insiders
### September 18, 2008 through September 18, 2009

| Type | Date | Num | Memo | Account | Amount |
|------|------|-----|------|---------|--------|
| **Searle, Bruce - Employee** | | | | | |
| Check | 4/22/2009 | 2651 | Loan Repayment | 1020 · Key Bank Ch... | -11,856.73 |
| Check | 7/15/2009 | 2997 | To Repay Advance to Eva Lester | 1020 · Key Bank Ch... | -3,000.00 |
| Total Searle. Bruce - Employee | | | | | -14,856.73 |

# Earthwise Technologies Inc.
## Transactions by Payroll Item
### September 15, 2008 through September 15, 2009

| | Type | Date | Num | Name | Amount | Balance |
|---|---|---|---|---|---|---|
| **Officer Salary** | | | | | | |
| | Paycheck | 07/10/2009 | 2988 | Searle, Bruce | 16,615.38 | 16,615.38 |
| | Paycheck | 07/10/2009 | 2989 | Searle, Bruce | 8,307.69 | 24,923.07 |
| | Paycheck | 07/27/2009 | 2705 | Searle, Bruce | 8,307.69 | 33,230.76 |
| | Paycheck | 08/19/2009 | 3021 | Searle, Bruce | 8,307.69 | 41,538.45 |
| | Paycheck | 08/24/2009 | 3043 | Searle, Bruce | 8,307.69 | 49,846.14 |
| | Paycheck | 08/25/2009 | 3055 | Searle, Bruce | *5,000.00* | ~~49,846.14~~ |
| | Paycheck | 09/14/2009 | 3164 | Searle, Bruce | 8,307.69 | ~~58,153.83~~ |
| | Paycheck | 09/14/2009 | 3166 | Searle, Bruce | 4,153.85 | ~~62,307.68~~ |
| | Paycheck | 09/14/2009 | 3181 | Searle, Bruce | 4,153.85 | ~~66,461.53~~ |
| **Total Officer Salary** | | | | | ~~66,461.53~~ | ~~66,461.53~~ |
| | | | | | | |
| **TOTAL** | | | | | ~~66,461.53~~ | ~~66,461.53~~ |
| | | | | | | *71,461.53* |

# PAUL SEARLE

# Earthwise Technologies Inc.
## Payments to Insiders
### September 18, 2008 through September 18, 2009

| Type | Date | Num | Memo | Account | Amount |
|------|------|-----|------|---------|--------|
| **Searle, Paul - Employee** | | | | | |
| Check | 11/13/2008 | 1962 | Commissions 9/9 - 11/10/08 | 1020 · Key Bank Ch... | -1,298.95 |
| Check | 12/24/2008 | 2162 | Cell Phone Reimbursement | 1020 · Key Bank Ch... | -318.50 |
| Check | 3/5/2009 | 2527 | Cell Phone Reimbursement | 1020 · Key Bank Ch... | -315.87 |
| Check | 3/9/2009 | 2560 | Cell Phone Reimbursement | 1020 · Key Bank Ch... | -125.20 |
| Check | 3/9/2009 | 2561 | hotel & car rental Reimbursement | 1020 · Key Bank Ch... | -247.05 |
| Bill Pmt -Check | 4/10/2009 | 2609 | Reimbursed  Phone Expenses | 1020 · Key Bank Ch... | -123.90 |
| Bill Pmt -Check | 5/26/2009 | 2809 | Reimbursed Las Vegas Trade Sho... | 1020 · Key Bank Ch... | -463.01 |
| Bill Pmt -Check | 7/15/2009 | 2671 | Las Vegas Show | 1020 · Key Bank Ch... | -306.55 |
| Bill Pmt -Check | 9/10/2009 | 3113 | Reimbursed Business Trip Expens... | 1020 · Key Bank Ch... | -524.22 |
| Total Searle, Paul - Employee | | | | | -3,723.25 |

# Earthwise Technologies Inc.
## Custom Transaction Detail Report
### September 15, 2008 through September 15, 2009

| Type | Date | Num | Name | Account | Amount |
|------|------|-----|------|---------|--------|
| **Officer Salary** | | | | | |
| Paycheck | 7/10/2009 | 2944 | Searle, Paul | 6560 · Officer - Pay... | 3,230.77 |
| Paycheck | 7/10/2009 | 2980 | Searle, Paul | 6560 · Officer - Pay... | 3,230.77 |
| Paycheck | 7/27/2009 | 2682 | Searle, Paul | 6560 · Officer - Pay... | 3,230.77 |
| Paycheck | 8/19/2009 | 3022 | Searle, Paul | 6560 · Officer - Pay... | 3,230.77 |
| Paycheck | 8/24/2009 | 3044 | Searle, Paul | 6560 · Officer - Pay... | 3,230.77 |
| Paycheck | 9/8/2009 | 3100 | Searle, Paul | 6560 · Officer - Pay... | 3,230.77 |
| Paycheck | 9/11/2009 | 3142 | Searle, Paul | 6560 · Officer - Pay... | 1,615.39 |
| Paycheck | 9/14/2009 | 3182 | Searle, Paul | 6560 · Officer - Pay... | 1,615.39 |
| **Total Officer Salary** | | | | | 22,615.40 |
| **Salary - Office** | | | | | |
| Paycheck | 12/1/2008 | 2055 | Searle, Paul | 6564 · Payroll Expe... | 3,230.77 |
| Paycheck | 12/15/2008 | 2109 | Searle, Paul | 6564 · Payroll Expe... | 3,230.77 |
| Paycheck | 12/29/2008 | 2185 | Searle, Paul | 6564 · Payroll Expe... | 3,230.77 |
| Paycheck | 12/31/2008 | 2213 | Searle, Paul | 6564 · Payroll Expe... | 0.00 |
| Paycheck | 1/12/2009 | 2240 | Searle, Paul | 6564 · Payroll Expe... | 3,230.77 |
| Paycheck | 1/26/2009 | 2319 | Searle, Paul | 6564 · Payroll Expe... | 3,230.77 |
| Paycheck | 2/9/2009 | 2383 | Searle, Paul | 6564 · Payroll Expe... | 3,230.77 |
| Paycheck | 2/23/2009 | 2438 | Searle, Paul | 6564 · Payroll Expe... | 3,230.77 |
| Paycheck | 3/9/2009 | 2544 | Searle, Paul | 6564 · Payroll Expe... | 3,230.77 |
| Paycheck | 3/23/2009 | 2477 | Searle, Paul | 6564 · Payroll Expe... | 3,230.77 |
| Paycheck | 4/6/2009 | 2591 | Searle, Paul | 6564 · Payroll Expe... | 3,230.77 |
| Paycheck | 4/20/2009 | 2634 | Searle, Paul | 6564 · Payroll Expe... | 3,230.77 |
| Paycheck | 5/4/2009 | 2748 | Searle, Paul | 6564 · Payroll Expe... | 3,230.77 |
| Paycheck | 5/18/2009 | 2789 | Searle, Paul | 6564 · Payroll Expe... | 3,230.77 |
| Paycheck | 6/1/2009 | 2827 | Searle, Paul | 6564 · Payroll Expe... | 3,230.77 |
| Paycheck | 6/29/2009 | 2913 | Searle, Paul | 6564 · Payroll Expe... | 3,230.77 |
| **Total Salary - Office** | | | | | 48,461.55 |
| **Commission** | | | | | |
| Paycheck | 12/15/2008 | 2109 | Searle, Paul | 6551 · Employee C... | 650.84 |
| Paycheck | 12/15/2008 | 2109 | Searle, Paul | 6551 · Employee C... | 476.46 |
| Paycheck | 2/9/2009 | 2383 | Searle, Paul | 6551 · Employee C... | 2,260.27 |
| Paycheck | 2/9/2009 | 2383 | Searle, Paul | 6551 · Employee C... | 1,604.64 |
| **Total Commission** | | | | | 4,992.21 |
| **Bonus** | | | | | |
| Paycheck | 12/31/2008 | 2213 | Searle, Paul | 6564 · Payroll Expe... | 5,000.00 |
| **Total Bonus** | | | | | 5,000.00 |
| **TOTAL** | | | | | **81,069.16** |

# ANITA GAMBA

# Earthwise Technologies Inc.
## Transactions by Payroll Item
### September 15, 2008 through September 15, 2009

| | Type | Date | Num | Name | Amount | Balance |
|---|---|---|---|---|---|---|
| **Officer Salary** | | | | | | |
| | Paycheck | 05/04/2009 | 2734 | Gamba, Anita J | 1,384.62 | 1,384.62 |
| | Paycheck | 07/10/2009 | 2946 | Gamba, Anita J | 3,692.31 | 5,076.93 |
| | Paycheck | 07/10/2009 | 2947 | Gamba, Anita J | 3,692.31 | 8,769.24 |
| | Paycheck | 07/10/2009 | 2976 | Gamba, Anita J | 3,692.31 | 12,461.55 |
| | Paycheck | 07/27/2009 | 2676 | Gamba, Anita J | 3,692.31 | 16,153.86 |
| | Paycheck | 08/19/2009 | 3020 | Gamba, Anita J | 3,692.31 | 19,846.17 |
| | Paycheck | 08/24/2009 | 3036 | Gamba, Anita J | 3,692.31 | 23,538.48 |
| | Paycheck | 09/08/2009 | 3093 | Gamba, Anita J | 3,692.31 | 27,230.79 |
| | Paycheck | 09/11/2009 | 3135 | Gamba, Anita J | 1,846.16 | 29,076.95 |
| | Paycheck | 09/14/2009 | 3174 | Gamba, Anita J | 1,846.16 | 30,923.11 |
| **Total Officer Salary** | | | | | 30,923.11 | 30,923.11 |
| | | | | | | |
| **Salary - Office** | | | | | | |
| | Paycheck | 01/26/2009 | 2280 | Gamba, Anita J | 500.00 | 500.00 |
| | Paycheck | 01/26/2009 | 2307 | Gamba, Anita J | 1,000.00 | 1,500.00 |
| | Paycheck | 02/09/2009 | 2372 | Gamba, Anita J | 1,384.62 | 2,884.62 |
| | Paycheck | 02/23/2009 | 2429 | Gamba, Anita J | 1,384.62 | 4,269.24 |
| | Paycheck | 03/09/2009 | 2535 | Gamba, Anita J | 1,384.62 | 5,653.86 |
| | Paycheck | 03/23/2009 | 2468 | Gamba, Anita J | 1,384.62 | 7,038.48 |
| | Paycheck | 04/06/2009 | 2583 | Gamba, Anita J | 1,384.62 | 8,423.10 |
| | Paycheck | 04/20/2009 | 2626 | Gamba, Anita J | 1,384.62 | 9,807.72 |
| | Paycheck | 05/18/2009 | 2781 | Gamba, Anita J | 1,384.62 | 11,192.34 |
| | Paycheck | 06/01/2009 | 2818 | Gamba, Anita J | 1,384.62 | 12,576.96 |
| **Total Salary - Office** | | | | | 12,576.96 | 12,576.96 |
| | | | | | | |
| | | | **Total payments** | | 43,500.07 | |

# EARTHWISE ELECTRONICS INC.

# Earthwise Technologies Inc.
## Vendor QuickReport
### September 15, 2008 through September 15, 2009

**Earthwise Electronics Inc.**

| Type | Date | Num | Amount |
|------|------|-----|--------|
| Check | 09/15/2008 | wire | -100,000.00 |
| Check | 09/26/2008 | WIRE | -240,000.00 |
| Check | 10/14/2008 | Wire | -240,000.00 |
| Check | 10/28/2008 | WIRE | -400,000.00 |
| Check | 11/12/2008 | WIRE | -200,000.00 |
| Check | 11/21/2008 | Wire | -500,000.00 |
| Check | 12/04/2008 | Wire | -310,000.00 |
| Bill Pmt -Check | 12/24/2008 | WIRE | -400,000.00 |
| Check | 04/22/2009 | | -100,000.00 |
| Check | 05/15/2009 | TRANSFER | -5,000.00 |
| Bill Pmt -Check | 07/13/2009 | EFT | -200,000.00 |
| | | | **2,695,000.00** |

# EARTHWISE INNOVATIONS INC.

600949.01

# Earthwise Technologies Inc.
## Vendor QuickReport
### September 15, 2008 through September 15, 2009

| Date | Num | Memo | Split | Amount |
|------|-----|------|-------|--------|
| 03/13/2009 | 2565 | Loan for Contruction Wages | 2000 · Accounts Payable | -5,000.00 |

to Earthwise Innovations Inc.

# PACIFIC NORTHWEST DEVELOPMENT ASSOCIATES LLC

# Earthwise Technologies Inc.
## Vendor QuickReport
### September 15, 2008 through September 15, 2009

**Pacific North West Development Assoc LLC**

| Type | Date | Num | Amount |
|------|------|-----|--------|
| Check | 04/10/2009 | 2608 | -3,771.00 |
| Check | 04/29/2009 | 2716 | -3,771.00 |
| Bill Pmt -Check | 06/01/2009 | 2842 | -3,771.00 |
| Bill Pmt -Check | 07/06/2009 | 2939 | -3,771.00 |
| Bill Pmt -Check | 07/30/2009 | 2697 | -3,771.00 |
| Bill Pmt -Check | 08/31/2009 | 3062 | -3,771.00 |
| Bill Pmt -Check | 09/10/2009 | 3111 | -3,771.00 |
| | | | 26,397.00 |

# DAVID SEARLE

**Searle, David  - 1099**

| | | | | | |
|---|---|---|---|---|---|
| Check | 09/04/2009 | 3082 | Subcontracting Labor | 1020 · Key Bank Checking | -475.00 |
| Check | 09/04/2009 | 3083 | Subcontracting Labor | 1020 · Key Bank Checking | -272.00 |
| | | | | | -747.00 |

**Searle, David  - 1099**

| | | | | | |
|---|---|---|---|---|---|
| Bill Pmt -Check | 12/22/2008 | 2152 | Commissions | 1020 · Key Bank Ch... | -1,127.30 |

# LEE WOOD

# Earthwise Technologies Inc.
## Vendor QuickReport
### September 15, 2008 through September 18, 2009

Lee Wood

| Type | Date | Num | Name | Memo | Account | Amount |
|------|------|-----|------|------|---------|--------|
| Liability Check | 09/22/2008 | 1746 | Jim Wood's | Maintenance Payments | 2100 · Payroll Liabilities | -2,261.62 |
| Liability Check | 10/06/2008 | 1809 | Jim Wood's | Maintenance Payments | 2100 · Payroll Liabilities | -2,261.62 |
| Liability Check | 10/20/2008 | 1859 | Jim Wood's | Maintenance Payments | 2100 · Payroll Liabilities | -2,261.62 |
| Liability Check | 11/03/2008 | 1912 | Jim Wood's | Maintenance Payments | 2100 · Payroll Liabilities | -2,261.62 |
| Liability Check | 11/17/2008 | 1988 | Jim Wood's | Maintenance Payments | 2100 · Payroll Liabilities | -2,261.62 |
| Liability Check | 12/01/2008 | 2065 | Jim Wood's | Maintenance Payments | 2100 · Payroll Liabilities | -2,261.62 |
| Liability Check | 12/15/2008 | 2117 | Jim Wood's | Maintenance Payments | 2100 · Payroll Liabilities | -2,261.62 |
| Liability Check | 12/29/2008 | 2196 | Jim Wood's | Maintenance Payments | 2100 · Payroll Liabilities | -2,261.62 |
| Liability Check | 01/12/2009 | 2249 | Jim Wood's | Maintenance Payments | 2100 · Payroll Liabilities | -2,261.62 |
| Liability Check | 01/26/2009 | 2329 | Jim Wood's | Maintenance Payments | 2100 · Payroll Liabilities | -2,261.62 |
| Liability Check | 02/09/2009 | 2391 | Jim Wood's | Maintenance Payments | 2100 · Payroll Liabilities | -2,261.62 |
| Liability Check | 02/23/2009 | 2505 | Jim Wood's | Maintenance Payments | 2100 · Payroll Liabilities | -2,261.62 |
| Liability Check | 03/09/2009 | 2550 | Jim Wood's | Maintenance Payments | 2100 · Payroll Liabilities | -2,261.62 |
| Liability Check | 03/23/2009 | 2484 | Jim Wood's | Maintenance Payments | 2100 · Payroll Liabilities | -2,261.62 |
| Liability Check | 04/06/2009 | 2599 | Jim Wood's | Maintenance Payments | 2100 · Payroll Liabilities | -2,261.62 |
| Liability Check | 04/20/2009 | 2642 | Jim Wood's | Maintenance Payments | 2100 · Payroll Liabilities | -2,261.62 |
| Liability Check | 05/04/2009 | 2754 | Jim Wood's | Maintenance Payments | 2100 · Payroll Liabilities | -2,261.62 |
| Liability Check | 05/18/2009 | 2798 | Jim Wood's | Maintenance Payments | 2100 · Payroll Liabilities | -2,261.62 |
| Liability Check | 06/01/2009 | 2833 | Jim Wood's | Maintenance Payments | 2100 · Payroll Liabilities | -2,261.62 |
| Liability Check | 07/10/2009 | 2964 | Jim Wood's | Maintenance Payments | 2100 · Payroll Liabilities | -2,261.62 |
| Liability Check | 07/10/2009 | 2966 | Jim Wood's | Maintenance Payments | 2100 · Payroll Liabilities | -2,261.62 |
| Liability Check | 07/10/2009 | 2983 | Jim Wood's | Maintenance Payments | 2100 · Payroll Liabilities | -2,261.62 |
| Liability Check | 07/27/2009 | 2687 | Jim Wood's | Maintenance Payments | 2100 · Payroll Liabilities | -2,261.62 |
| Liability Check | 08/19/2009 | 3024 | Jim Wood's | Maintenance Payments | 2100 · Payroll Liabilities | -2,261.62 |
| Liability Check | 08/24/2009 | 3051 | Jim Wood's | Maintenance Payments | 2100 · Payroll Liabilities | -2,261.62 |
| Liability Check | 09/08/2009 | 3107 | Jim Wood's | Maintenance Payments | 2100 · Payroll Liabilities | -3,091.00 |
| Liability Check | 09/11/2009 | 3148 | Jim Wood's | Maintenance Payments | 2100 · Payroll Liabilities | -1,655.81 |
| Liability Check | 09/14/2009 | 3159 | Jim Wood's | Maintenance Payments | 2100 · Payroll Liabilities | -1,655.81 |
| | | | | | | 51,635.02 |

# LYNN WOOD

# Earthwise Technologies Inc.
## Employee QuickReport
### September 15, 2008 through September 18, 2009

**Wood, Lynn F**

| Type | Date | Num | Account | Amount | |
|------|------|-----|---------|--------|--|
| Paycheck | 08/12/2009 | 3010 | 1020 · Key Bank Checking | 834.47 | 1 week pay |
| Paycheck | 08/24/2009 | 3049 | 1020 · Key Bank Checking | 1,556.92 | 2 weeks pay |
| Paycheck | 09/08/2009 | 3104 | 1020 · Key Bank Checking | 1,877.33 | 2 weeks pay + $415.17 commission |
| Paycheck | 09/11/2009 | 3146 | 1020 · Key Bank Checking | 834.45 | 1 week pay |
| Paycheck | 09/14/2009 | 3187 | 1020 · Key Bank Checking | 1,030.74 | 1 weeks pay + $242.84 commission |
| | | | | 6,133.91 | |

**TOTAL**      6,133.91

# TRUE GREEN ELECTRONICS

# Earthwise Technologies Inc.
## Vendor QuickReport
### September 15, 2008 through September 18, 2009

True Green Electronics

| | | | | |
|---|---|---|---|---|
| Check | 09/11/2009 | WIRE | Pre-Payment for New Product | -681,000.00 |
| Check | 09/18/2009 | WIRE | Pre-Payment for New Product | -8,000.00 |
| | | | | 689,000.00 |

# EVA LESTER

# Earthwise Technologies Inc.
## Payments to Insiders
### September 18, 2008 through September 18, 2009

| Type | Date | Num | Memo | Account | Amount |
|------|------|-----|------|---------|--------|
| **Eva Lester - 1099** | | | | | |
| Bill Pmt -Check | 4/22/2009 | 2649 | Commissions Mar – Aug 2008 | 1020 · Key Bank Ch... | -9,912.02 |
| Bill Pmt -Check | 7/13/2009 | 2996 | Partial Pmt for September 2008 C... | 1020 · Key Bank Ch... | -7,000.00 |
| Bill Pmt -Check | 9/8/2009 | 3118 | Remaining Sept 2008 - Mar 2009 ... | 1020 · Key Bank Ch... | -89,425.69 |
| **Total Eva Lester - 1099** | | | | | -106,337.71 |

# SANDRA HEISIG

600949.01

# Earthwise Technologies Inc.
## Payments to Insiders
### September 18, 2008 through September 18, 2009

| Type | Date | Num | Memo | Account | Amount |
|------|------|-----|------|---------|--------|
| **Heisig, Sandra - 1099** | | | | | |
| Check | 10/7/2008 | 1803 | Sept 2008 Commissons | 1020 · Key Bank Ch... | -2,705.28 |
| Bill Pmt -Check | 11/3/2008 | 1913 | October 2008 Commissions | 1020 · Key Bank Ch... | -7,895.64 |
| Check | 12/8/2008 | 2080 | 11-4 to 12-4 commissions | 1020 · Key Bank Ch... | -25,625.82 |
| Bill Pmt -Check | 1/5/2009 | 2218 | Dec 2008 Commissions | 1020 · Key Bank Ch... | -9,643.32 |
| Check | 8/19/2009 | 3029 | Reimbursed United Hardwar Expo ... | 1020 · Key Bank Ch... | -1,965.19 |
| | | | | | |
| Total Heisig, Sandra - 1099 | | | | | -47,835.25 |