The Honorable Paul B. Snyder
Chapter 7

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re<br><br>EARTHWISE TECHNOLOGIES INC.,<br><br><br><br>                    Debtor. | No. 09-46902<br><br>NOTICE OF APPOINTMENT<br>OF TRUSTEE |

This case was converted from a Chapter 11 to a Chapter 7 proceeding on May 6, 2010. Pursuant to 11 U.S.C. Sections 701 and 322 and FRBP 2008, **Kathryn A. Ellis**, is appointed Chapter 7 trustee of the estate of the above-named debtor to serve under the trustee's blanket bond.

Unless the (interim) trustee notifies the United States Trustee and the court in writing of rejection of the appointment within seven (7) days after receipt of this notice, the trustee shall be deemed to have accepted the appointment.

Dated: May 6, 2010

Respectfully submitted,

ROBERT D. MILLER JR
Acting United States Trustee

/s/ Mark H. Weber
Mark H. Weber, MSBA # 012798X
Assistant United States Trustee

NOTICE OF APPOINTMENT
OF TRUSTEE

**Office of the United States Trustee**
**United States Courthouse**
**700 Stewart Street, Suite 5103**
**Seattle, WA 98101-1271**
**206-553-2000, 206-553-2566 (fax)**